# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Ryan J. Young

    Debtor(s)

: Chapter 7
: Bankruptcy No. 17-22449-JAD
:
: 11 U.S.C. § 362

MTGLQ Investors, LP

        Movant

vs.

Ryan J. Young

        Debtor(s)

and

Charles O. Zebley, Esquire

        Trustee
RESPONDENTS

Doc. # 30

## ORDER VACATING THE AUTOMATIC STAY UNDER 11 U.S.C. §362

AND NOW, this 20th day of October, 20 17, upon consideration of Movant's Motion for Relief from the Automatic Stay; it is hereby

**ORDERED** that the Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Reform Act of 2005, 11 U.S.C. §362, as amended, is vacated with respect to the mortgaged premises situated at 3500 Perry Highway, Slippery Rock, PA 16057 ("Property") as to allow Movant to exercise its rights under its loan documents and state law; and

**IT IS FURTHER ORDERED** that the relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Fed. R. Bankr. P. 4001(a)(3).

BY THE COURT:

/s/ Jeffery A. Deller
Honorable Jeffrey A. Deller
United States Bankruptcy Judge
Jeffery A. Deller

jsf

FILED
10/20/17 9:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc:

Charles O. Zebley, Esquire
Trustee
P.O. Box 2124
Uniontown, PA 15401

Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

David J. Graban, Esquire
5569 East State Street
Hermitage, PA 16148

Richard M. Squire, Esquire
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046

Ryan J. Young
3500 Perry Highway
Slippery Rock, PA 16057